## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>   Plaintiff(s),<br><br>  v.<br><br>NELSON VELASQUEZ,<br><br>   Defendant(s). | CIVIL NO. 2012-CV- 0095<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## **COMPLAINT**

**COME NOW** Plaintiffs, by and through the undersigned counsel, and for their complaint against Defendant Nelson Velasquez allege the following:

1. This Court has jurisdiction due to the complete diversity of the citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

2. Plaintiff Jennifer Love is a citizen of St. Croix, U.S. Virgin Islands.

3. Jennifer Love was a passenger in the vehicle she owned 2009 Ford Escape at the time of the accident.

4. Plaintiff, Stephen Haupert is a citizen of St. Croix, U.S. Virgin Islands.

5. At the time of the accident Plaintiff, Haupert was the driver of Love's vehicle.

6. Defendant Nelson Velazquez is a citizen of Puerto Rico and at the time of the accident was driving an Avis Rent a Car vehicle.

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Love, Jennifer et al. v. Nelson Velásquez
**COMPLAINT**
Page 2

7. Defendant was grossly negligent in his conduct in that he had been drinking since early morning, had upon information consumed drugs, and was speeding and driving on the wrong side of the road.

8. As a result of the grossly negligent actions of Defendant on or about July 16, 2012, at about 6:15 p.m. on the east end road, approached Plaintiffs at a high rate of speed in the wrong lane.  Plaintiff Haupert attempted to pull over onto the shoulder but Defendant then proceeded into the shoulder and struck Plaintiff's vehicle and then hit it a second time when the vehicle he was driving landed on the roof of the Plaintiff's vehicle.

9. After the accident, Defendant was seen throwing beer bottles out of his vehicle.

10. Defendant attempted to lie at the scene of the accident as to how the accident occurred.

11. As a result of Defendant's negligence Plaintiff Love's vehicle was totally destroyed and she has lost the use of the same.

12. As a result of Defendant's gross negligence Plaintiffs each suffered physical injuries, medical expenses, loss of income, loss of capacity to earn income, mental anguish, pain and suffering and loss of enjoyment of life, all of which are expected to continue into the foreseeable future.

**WHEREFORE** Plaintiffs pray for damages as they may appear compensatory and punitive, costs and fees, pre and post judgment interest and such other relief as this court deems fair and just.

Love, Jennifer et al. v. Nelson Velásquez
**COMPLAINT**
Page 3

                                        RESPECTFULLY SUBMITTED
                                        LEE J. ROHN AND ASSOCIATES, LLC
                                        Attorneys for Plaintiff(s)

DATED:  September 12, 2012       BY:    s/ *Lee J. Rohn*
                                        Lee J. Rohn, Esq.
                                        VI Bar No. 52
                                        1101 King Street
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        Fax: (340) 773-2954