IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>              Plaintiffs,<br><br>v.<br><br>NELSON VELASQUEZ and DANIEL NERIS<br><br>              Defendants. | CIVIL NO. 2012-CV-0095<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

## FIRST AMENDED COMPLAINT

**COME NOW** Plaintiffs, by and through the undersigned counsel, and for their complaint against Defendant Nelson Velasquez allege the following:

1. This Court has jurisdiction due to the complete diversity of the citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

2. Plaintiff Jennifer Love is a citizen of St. Croix, U.S. Virgin Islands.

3. Jennifer Love was a passenger in the vehicle she owned a 2009 Ford Escape at the time of the accident.

4. Plaintiff, Stephen Haupert is a citizen of St. Croix, U.S. Virgin Islands.

5. At the time of the accident Plaintiff, Haupert was the driver of Love's vehicle.

6. Defendant Nelson Velazquez is upon information a citizen of Puerto Rico and at the time of the accident was driving an Avis Rent a Car vehicle.

LEE J. ROHN AND
ASSOCIATES, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Love, Jennifer et al. v. Nelson Velasquez
**FIRST AMENDED COMPLAINT (FINAL)**
Page 2

7. Defendant Daniel Neris upon information resides at 2297 Ridgwood Circle, Royal Palm Beach, Florida.

8. Defendant Neris negligently entrusted his rented vehicle to Defendant Velasquez.

9. Defendant Velasquez was grossly negligent in his conduct in that he had been drinking since early morning and was speeding and driving on the wrong side of the road.

10. As a result of the grossly negligent actions of Defendant Velasquez on or about July 16, 2012, at about 6:15 p.m. on the East End road, approached Plaintiffs at a high rate of speed in the wrong lane. Plaintiff Haupert attempted to pull over onto the shoulder but Defendant Velasquez then proceeded into the shoulder and struck Plaintiff's vehicle and then hit it a second time when the vehicle he was driving landed on the roof of the Plaintiff's vehicle.

11. After the accident, Defendant Velasquez was seen throwing beer bottles out of his vehicle.

12. Defendant Velasquez attempted to lie at the scene of the accident as to how the accident occurred.

13. As a result of Defendants negligence Plaintiff Love's vehicle was totally destroyed and she has lost the use of the same.

14. As a result of Defendants gross negligence Plaintiffs each suffered physical injuries, medical expenses, loss of income, loss of capacity to earn income, mental anguish, pain and suffering and loss of enjoyment of life, all of which are expected to continue into the foreseeable future.

**WHEREFORE** Plaintiffs pray for damages as they may appear compensatory and punitive, costs and fees, pre and post judgment interest and such other relief as this court deems fair and just.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: December 13, 2012      BY: /s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
VI Bar No. 52
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954