# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A LOVE and STEVEN HAUPERT,<br><br>                      Plaintiffs,<br><br>  V.<br>NELSON VELASQUEZ and DANIEL NERIS,<br><br>                      Defendants.<br>_____ | 1:12-cv-00095 |

**TO:** Lee J. Rohn, Esq.

## **ORDER**

THIS MATTER is before the Court upon Plaintiffs' Motion for Extension of Time to Serve Defendants Nelson Velasquez and Daniel Neris (ECF No. 12). This order is issued without necessity or expectation of response.

Plaintiffs seek an extension of 120 days to effectuate service of process upon Defendants Nelson Velasquez and Daniel Neris. Plaintiffs claim that efforts to serve said Defendants at their last known addresses in Puerto Rico and Florida, respectively, were unsuccessful; thus, requiring additional time to find and serve said Defendants properly.

Having reviewed the motion and upon due consideration thereof, the Court finds that allowing a brief extension of time to serve would not unduly prejudice said Defendants. However, the Court determines that a 120-day extension is excessive; a sixty (60) day extension is adequate.

Accordingly, it is now hereby **ORDERED**:

*Love v. Velasquez*
1:12-cv-00095
Order
Page 2

    1.    Plaintiffs' Motion for Extension of Time to Serve Defendants Nelson Velasquez and Daniel Neris (ECF No. 12) is **GRANTED**.

    2.    Plaintiff shall have an extension of sixty (60) days from the date of entry of this Order within which to effectuate proper service of process upon Defendants Nelson Velasquez and Daniel Neris.

    ENTER:

Dated: April 16, 2013        /s/ George W. Cannon, Jr.
        GEORGE W. CANNON, JR.
        MAGISTRATE JUDGE