# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT, | |
| Plaintiffs, | CIVIL NO. 2012-CV-0095 |
| v. | ACTION FOR DAMAGES |
| NELSON VELASQUEZ a/k/a NELSON MORALES and DANIEL NERIS a/k/a DANIEL HERNANDEZ, | JURY TRIAL DEMANDED |
| Defendants. | |

## ENTRY OF DEFAULT

Upon request of the Plaintiffs, and upon the showing made by Plaintiffs that Nelson Velasquez a/k/a Nelson Morales and Daniel Neris a/k/a Daniel Hernandez have failed to defend or otherwise plead in the above captioned matter,

**DEFAULT** is hereby **ENTERED** against Defendant Nelson Velasquez a/k/a Nelson Morales herein.

**DEFAULT** is hereby **ENTERED** against Defendant Daniel Neris a/k/a Daniel Hernandez herein.

DATED: January 24, 2013

ENTER:
_____
Glenda L. Lake, Esquire
Clerk of the Court

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NELSON VELASQUEZ a/k/a NELSON MORALES and DANIEL NERIS a/k/a DANIEL HERNANDEZ,<br><br>　　　　　　　Defendants. | CIVIL NO. 2012-CV-0095<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

## REQUEST FOR ENTRY OF DEFAULT

COME NOW Plaintiffs, by and through undersigned counsel, and hereby request that the Clerk of the Court, pursuant to Federal Rules of Civil Procedure 55(a), enter a Default against Defendants Nelson Velasquez a/k/a Nelson Morales and Daniel Neris a/k/a Daniel Hernandez for failure to defend or otherwise plead in this action. In support of the Request for Entry of Default, Plaintiffs refer to the attached Affirmation.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: October 8, 2013　　　　BY: __s/ Lee J. Rohn__
　　　　　　　　　　　　　　　　Lee J. Rohn, Esq.
　　　　　　　　　　　　　　　　VI Bar No. 52
　　　　　　　　　　　　　　　　1101 King Street
　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　Fax: (340) 773-2954

LEE J. ROHN AND
ASSOCIATES, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com