DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

```
JENNIFER A. LOVE and STEVEN      :
HAUPERT,                         :
                Plaintiff,       :    1:12-CV-95
v.                               :
                                 :
NELSON VELASQUEZ,                :
                Defendant        :
_____:
```

**ORDER TO SHOW CAUSE**

UPON REVIEW *sua sponte*, it appears as follows:

1. Plaintiff's Complaint was filed on September 12, 2012 and an Amended Complaint was filed on April 26, 2013.

2. The Clerk of Court entered default on January 24, 2014.

3. Nothing has been filed since October 8, 2013.

Accordingly, it is;

**ORDERED** that by March 20, 2014, Plaintiff show cause why this matter should not be dismissed for failure to prosecute.

ENTER:

Dated: March 4, 2014            /s/  George W. Cannon, Jr.
                                     U.S. MAGISTRATE JUDGE