## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

JENNIFER A. LOVE and STEVEN
HAUPERT,

                Plaintiffs,

      v.

NELSON VELASQUEZ a/k/a NELSON
MORALES and DANIEL NERIS a/k/a
DANIEL HERNANDEZ,

                Defendants.

CIVIL NO. 2012/0095

**ACTION FOR DAMAGES**

<u>JURY TRIAL DEMANDED</u>

## <u>RESPONSE TO ORDER TO SHOW CAUSE</u>

As this Court's Order to Show Cause noted, it was not until January 24, 2014 that Plaintiffs' request for entry of default filed October 8, 2013 was granted.  (Default, ECF 24.) Nothing has been filed in this matter since October 8, 2013 because Plaintiffs were awaiting the entry of default.  Since entry on January 24, 2014, Plaintiff and Defendant have agreed to settle the claim and are simply in the process of providing documents to quantify the claim which should be completed within sixty (60) days and a stipulation of dismissal filed.

                RESPECTFULLY SUBMITTED
                LEE J. ROHN AND ASSOCIATES, LLC
                Attorneys for Plaintiffs

DATED:  March 20, 2014        BY:   s/ *Lee J. Rohn*
                       Lee J. Rohn, Esq.
                       VI Bar No. 52
                       1101 King Street
                       Christiansted, St. Croix
                       U.S. Virgin Islands 00820
                       Telephone: (340) 778-8855
                       Fax: (340) 773-2954

**LEE J. ROHN AND
ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com