## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>    Plaintiffs,<br><br>v.<br><br>NELSON VELASQUEZ a/k/a NELSON MORALES and DANIEL NERIS a/k/a DANIEL HERNANDEZ,<br><br>    Defendants. | CIVIL NO. 2012/0095<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE TO COURT OF STATUS OF THE CASE</u>

**COMES NOW** Plaintiffs and give notice to the court that the Plaintiffs are in the process of trying to complete a settlement with the Defendants, including St. Croix Insurance and need another 45 days to either complete it or determine that the global settlement cannot be reached.

              RESPECTFULLY SUBMITTED
              LEE J. ROHN AND ASSOCIATES, LLC
              Attorneys for Plaintiffs

DATED: April 6, 2015    BY:  s/ *Lee J. Rohn*
              Lee J. Rohn, Esq.
              VI Bar No. 52
              1101 King Street
              Christiansted, St. Croix
              U.S. Virgin Islands 00820
              Telephone: (340) 778-8855
              **lee@rohnlaw.com**

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com