DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>                         Plaintiffs,<br><br>v.<br><br>NELSON VELASQUEZ a/k/a NELSON MORALES and DANIE NERIS a/k/a DANIEL HERNANDEZ,<br><br>                         Defendants | 1:12-CV-95 |

**ORDER TO SHOW CAUSE**

UPON REVIEW, *sua sponte*, it appears the Plaintiff was to file a status report regarding settlement of this matter by June 5, 2015.  It is;

**ORDERED** that the Attorney Lee J. Rohn shall show cause why she should not be held in contempt for failure to respond to the Court Order for Status Report dated May 29, 2015 [D.E. 30] by July 17, 2015.

ENTER:


Dated: July 7, 2015                    /s/  George W. Cannon, Jr.
                                             U.S. MAGISTRATE JUDGE