**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT, <br><br> Plaintiffs, <br><br> v. <br><br> NELSON VELASQUEZ a/k/a NELSON MORALES and DANIEL NERIS a/k/a DANIEL HERNANDEZ, <br><br> Defendants. | CIVIL NO. 2012/0095 <br><br> **ACTION FOR DAMAGES** <br><br> <u>JURY TRIAL DEMANDED</u> |

## <u>RESPONSE TO MOTION TO SHOW CAUSE</u>

**COMES NOW** Lee J. Rohn and requests this court remove the order to show cause. When counsel received the order to report to the court, counsel intended to file a motion to withdraw and thought she had done so. It appears that with the intense trial preparation for *Demming v. WAPA Civil No. 586/2011* including off island travel on expert depositions, along with multiple mediations, while counsel thought she had drafted such motion evidently she did not. Counsel was so sure she had drafted the motion that she deleted the task to give a status report as she intended to set out the status in the motion.

Counsel was in St. Thomas starting July 1, 2015 through July 11, 2015 when the order to show cause was issued and then was in depositions upon return to the office.

Counsel apologizes for the oversight; it was certainly not intentional and was caused by too much work and an aging memory.

**Love, Jennifer et al. v. Nelson Velasquez, CIVIL NO. 2012/0095**
**RESPONSE TO MOTION TO SHOW CAUSE**
**Page 2**

                                      RESPECTFULLY SUBMITTED
                                      LEE J. ROHN AND ASSOCIATES, LLC
                                      Attorneys for Plaintiffs

DATED:  July 15, 2015          BY:   s/ *Lee J. Rohn*
                                          Lee J. Rohn, Esq.
                                          VI Bar No. 52
                                          1101 King Street
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          Telephone: (340) 778-8855
                                          lee@rohnlaw.com

Case: 1:12-cv-00095-WAL-GWC   Document #: 32   Filed: 07/15/15   Page 2 of 2