## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JENNIFER A. LOVE and STEVEN HAUPERT,<br><br>           Plaintiffs,<br><br>     v.<br><br>NELSON VELASQUEZ a/k/a NELSON MORALES and DANIEL NERIS a/k/a DANIEL HERNANDEZ,<br><br>           Defendants. | CIVIL NO. 2012/0095<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

**COMES NOW** undersigned and moves this court to withdraw as counsel for the Plaintiffs in this matter. Despite Counsel's advice to accept the settlement offer on the table as to the insurance proceeds, Plaintiffs have declined to take Counsel's advice and want to continue with the litigation. Counsel is not willing to take on that representation and the Plaintiffs have agreed to obtain alternate counsel.

**WHEREFORE** counsel requests leave to withdraw from representing Plaintiffs and for them to be given thirty (30) days to obtain alternate counsel.

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

<u>**Love, Jennifer et al. v. Nelson Velasquez,**</u> CIVIL NO. 2012/0095
<u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS</u>
Page 2

                                                              RESPECTFULLY SUBMITTED
                                                              LEE J. ROHN AND ASSOCIATES, LLC
                                                               Attorneys for Plaintiffs

DATED:  July 15, 2015                BY:   S/ *Lee J. Rohn*
                                                         Lee J. Rohn, Esq.
                                                         VI Bar No. 52
                                                         1101 King Street
                                                         Christiansted, St. Croix
                                                         U.S. Virgin Islands 00820
                                                         Telephone: (340) 778-8855
                                                         lee@rohnlaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on July 15, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jennifer Love
Salt River Marina
Christiansted, VI 00820
jwilkie66@yahoo.com

Steven Haupert
5090 Estate Solitude
Christiansted, VI  00820
stevehaupert@live.com

And I hereby certify that I have mailed the document by U.S. mail to the following non-filer user:

                                                                  BY:   S/ *Lee J. Rohn*           (cle)