DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

JENNIFER A. LOVE and STEVEN
HAUPERT,

|                      Plaintiffs,          1:12-CV-95

v.

NELSON VELASQUEZ a/k/a NELSON
MORALES and DANIE NERIS a/k/a DANIEL
HERNANDEZ,

|                      Defendants

---

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

THIS MATTER came for a hearing on the Plaintiffs' counsel's Motion to Withdraw as

Attorney [D.E. 33]. Lee J. Rohn, Esquire spoke on the record about her Motion to Withdraw. The

Plaintiffs appeared in person. The Court cautioned the Plaintiffs that it would be in their best

interest to hire a substitute attorney. In the meantime, the Plaintiffs provided all their contact

information so the Court could contact them directly.  It is;

**ORDERED**, that the Motion to Withdraw is GRANTED. Plaintiffs shall have sixty (60)

days to hire new attorney or they must proceed *pro se* (for themselves) in which case they must notify

the Court of their desire to represent themselves.

ENTER:

Dated: July 28, 2015                         /s/  George W. Cannon, Jr.
                                                      U.S. MAGISTRATE JUDGE