NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF THE VIRGIN ISLANDS
ST. CROIX DIVISION**

| | |
|---|---|
| JENNIFER A. LOVE and STEPHEN HAUPERT, | |
| Plaintiffs, | Civ. No. 12-95 |
| v. | ORDER & JUDGMENT |
| NELSON VELASQUEZ aka NELSON MORALES and DANIEL NERIS aka DANIEL HERNANDEZ, | |
| Defendants. | |

THOMPSON, U.S.D.J.[1]

For the reasons stated on the record on June 9, 2017 as well as those stated in this Court's

Opinion on this same day,

IT IS on this 14th day of June, 2017,

ORDERED AND ADJUDGED as follows:

(1) Plaintiffs' Motion for Default Judgment on Liability (ECF No. 44) is GRANTED;

(2) Judgment only with respect to liability is entered in favor of Plaintiffs Jennifer A. Love

and Stephen Haupert and against Defendant Nelson Velasquez on Plaintiffs' claim of

gross negligence;

(3) Judgment only with respect to liability is entered in favor of Plaintiffs Jennifer A. Love

and Stephen Haupert and against Defendant Daniel Neris on Plaintiffs' claim of negligent

entrustment;

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

(4) If Plaintiffs learn that either Defendant is in the military, Plaintiffs shall (1) notify the Court immediately and (2) cease any effort to enforce a judgment against that Defendant;

(5) Plaintiffs are to contact the Court to schedule further proceedings regarding Plaintiffs' damages;

(6) Plaintiffs shall provide the Court with documentation supporting their claims for damages no later than fourteen (14) days prior to further proceedings regarding Plaintiffs' damages;

(7) Plaintiffs shall serve a copy of this Order on Defendants Nelson Velasquez and Daniel Neris within ten days of the date of this Order.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.